IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-091-RJC-DCK

| | |
|---|---|
| FELICIA WATTS, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling concerns. This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

It appears that the deadline to file a report on the result of mediation was recently extended to October 21, 2016. (Document No. 14). However, the docket does not reflect that the parties or mediator have filed such a report.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Mediation Report on or before **November 30, 2016**. In the alternative, the parties may file a joint report explaining why mediation has not been completed, requesting additional time to file a Mediation Report, and identifying the parties' chosen mediator and mediation date.

**IT IS FURTHER ORDERED** that a trial in this matter, if necessary, will begin **on March 6, 2016**.

Signed: November 23, 2016

David C. Keesler
United States Magistrate Judge