# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Felicia Watts**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00091-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Charlotte-Mecklenburg Board of Education Project L.I.F.T., | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and Hearing and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 18, 2017 oral Order.

January 18, 2017

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court